O

1
2
3
4
5
6
7
8

9                           UNITED STATES DISTRICT COURT

10                         CENTRAL DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              )
                                           )
13                 Plaintiff,              )    SA 07-280M
                                           )
14       v.                                )    ORDER OF DETENTION AFTER HEARING
                                           )         (18 U.S.C. § 3142(i))
15  ANDRES FIGUEROA-ARMENTA,               )
                                           )
16                 Defendant.              )
    _____ )

17

18                                         I.

19    A. ( ) On motion of the Government involving an alleged

20        1. ( )  crime of violence;

21        2. ( )  offense with maximum sentence of life imprisonment or death;

22        3. ( )  narcotics or controlled substance offense with maximum sentence of ten or more years

23               (21 U.S.C. §§ 801,/951, et. seq.,/955a);

24        4. ( )  felony - defendant convicted of two or more prior offenses described above.

25    B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

26        1. (X)   serious risk defendant will flee;

27        2. ( )   serious risk defendant will

28            a. ( )  obstruct or attempt to obstruct justice;

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1        b. ( )   threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

2        II.

3    The Court finds no condition or combination of conditions will reasonable assure:

4    A. ( X )   appearance of defendant as required; and/or

5    B. ( )  safety of any person or the community;

6        III.

7    The Court has considered:

8    A. ( x) the nature and circumstances of the offense;

9    B. (x) the weight of evidence against the defendant;

10    C. (x) the history and characteristics of the defendant;

11    D. ( ) the nature and seriousness of the danger to any person or to the community.

12        IV.

13    The Court concludes:

14    A. ( ) Defendant poses a risk to the safety of other persons or the community because:

15

16    B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

17        **Defendant is undocumented.  He has no ties to the community and no bail**

18        **resources.**

19

20    C. ( ) A serious risk exists that defendant will:

21        1. ( )  obstruct or attempt to obstruct justice;

22        2. ( )  threaten, injure or intimidate a witness/ juror; because:

23

24    D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

25        provided in 18 U.S.C. § 3142 (e).

26  ///

27  ///

28  ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)    - 2 -    

1  ///

2

3     IT IS ORDERED that defendant be detained prior to trial.

4     IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
5  facility separate from persons awaiting or serving sentences or person held pending appeal.

6     IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
7  consultation with his counsel.

10  Dated: October 2, 2007

                                            _____
                                            Marc L. Goldman
                                            U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                        - 3 -                          Page 3 of 3